CLERK, ABEL ACOSTA.

29,735-09

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

IN RE: EX PARTE Tony Ray Jones
A-31,689-D. I SENT A CLERK'S LETTER
To CLARISSA WEBSTER ABOUT MY MOTION
FOR TRIAL COURT RECORDS ON ABOVE A-31,689
CAUSE NO. And SINCE, June 29TH 2015 I
STILL HAVE NOT SEEN THIS MOTION PRESENTED
BEFORE THE COURTS OF ECTOR COUNTY.

THE LETTER TO HER CLERK'S OFFICE And
YOURS ABOUT THIS PROBLEM WAS SIGNED by
ME ON, SEPT. 14, 2015.

NOT HAVING THE TRIAL TRANSCRIPTS VOLUMES
(1-9) And ALL OTHER LISTED ITEMS IS REASON
FOR MOTION DATED, June, 29, 2015 And THIS
LETTER DATED, SEPT. 14, 2015 I CAN NOT
PERFECT A PROPER MOTION WITHOUT LISTED
ITEMS.      Tony Ray Jones 1312115
          Michael Unit, PO BOX 4500
          Tennessee Colony Texas
                          75886.

Copy Sent to,
Clerk, Clarissa Webster
District Clerk, ECTOR CO.
Courthouse, Room 301
Odessa Texas, 79761

SEPTEMBER, 14, 2015

EX PARTE:
IN RE: TONY RAY JONES

REQUEST FOR PREPARATION OF REPORTER'S
RECORD AND CLERK'S RECORD TO TRIAL COURT
NUMBER ABOVE FOR PURPOSE OF PREPARATION OF 11.07.

THE MOTION FOR THESE ITEMS OF THE JUNE 17,
2005 TRIAL WAS DATED, JUNE 29th 2015
AND STILL HAS NOT BEEN ACKNOWLEDGE,
RESPONDED TO IN ANY FORM OR FASHION.

THE MOTION WAS UNDER RULE 34.6 (b) OF THE
TEXAS RULES OF APPELLATE PROCEDURE RULE 35. 4 AND
CONISTED OF AN AFFIDAVIT OF FACT; DECLARATION
OF INABILITY TO PAY COST; ORDER OF THE COURT;
UNSWARN DECLARATION; CERTIFICATE OF SERVICE AND
REQUESTED THE following:

1. ANY PROSE HEARINGS. 2. ANY PRETRIAL PROCEEDINGS.
3. VOIR DIRE BY THE COURT. 4. VOIR DIRE BY THE
STATE. 5. VOIR DIRE BY THE DEFENSE. 6. BENCH
CONFERENCE. 7. STRIKES MADE. 8 ANY MOTIONS TO
SUPPRESS PROCEEDINGS. 9. ANY AND ALL WITNESS STATE-
MENTS. 10. COMPLAINT AND AFFIDAVITS.

11. MEDICAL REPORTS. 12. Any WRITTEN STIPULATIONS. 13. Any NOTICE By STATE. 14. All PRETRIAL MOTIONS. 15. Ruling ON Any And All MOTIONS MADE. 16. GUILT/ INNOCENCE EVIDENCE. 17. All EXHIBITS By STATE. 18. All EXHIBITS By DEFENSE. 19 PER PACKET. 20. INCIDENT REPORTS By Any Law ENFORCEMENT AGENCY(S). 21. All SANE VIDEO. 22. All LABOR-ATORY REPORTS. 23. THE RAPE KIT EVIDENCE. 24. THE CHARGE To THE JURY. 25. JUDGMENT And SENTENCE. 26. All NOTES To JUDGE To And FROM JURY. 27. All POST CONVICTIONS WRITS, PLEADINGS, MOTIONS And OTHER PAPERS. 28. Any And All Alleged STILL OR VIDEO PORNOGRAPHIC MATERIALS And Any And All Cell And Homephone RECORDINGS Alleged To BE PART OF THIS CASE.

THIS MOTION WAS NOT EVER RESPONDED TO NOR ACKNOWLEDGED HOWEVER IT WAS SENT TO YOUR CLERK'S OFFICE, June 29TH 2015.
REFUSAL TO RESPOND, file And PRESENT To THE COURTS IS VIOLATION OF T.C.C.P. 2.21 And ART. 11.07 Sec. 3(C) T.C.C.P.

ART. 1 Sec. 14 OF THE U.S. CONST. REQUIRES DUE PROCESS And EQUAL PROTECTION OF THE LAW. REQUEST VOLUMES (1-9) TRIAL COURT TRANSCRIPTS "COMPLETE".

TEXAS VERNONS ANN. T.CC.P. 2.03 NEGLECT OF DUTY OF COURT OFFICER AND SUPREME COURT, GARDNER V. CALIFORNIA, 393 U.S. 367; 89.Sct. 580; 21 L.Ed. 2d 601; 1969 U.S. LEXIS 2780.

DENIAL OF FREE TRANSCRIPTS FOR PRISONER'S PROSE WRIT OF HABEAS CORPUS RELIEF: EVEN THOUGH TEXAS REFUSES TO follow ABOVE S.Ct. GARDNER V. CALIFORNIA, DENIAL OF ACCESS TO COURTS LEWIS V. CASEY, 116 S.Ct. 2147 AND BOUNDS V. SMITH, 109 S.Ct. 176. STILL SHOWS THE NEED FOR TRIAL COURT RECORDS, TRANCRIPTS AND OTHER MATERIALS TO PETITION SUCCESSFULLY TO AN ALREADY BIAS COURT FOR PROSE LITIGANTS.

PROSE LITIGANTS PETITION TO AN ADVERSARY SYSTEM, A TRANSCRIPT IS AN OBVIOUS STARTING POINT FOR THOSE TRYING TO MAKE A CASE FOR A SECOND HEARING. THE STATE CAN HARDLY CONTEND THAT A TRANSCRIPT IS IRRELEVENT TO THE SECOND HEARING, WHERE IT SPECIFICALLY PROVIDES ONE, UPON REQUEST, TO THE APPELLATE COURT AND THE STATE ATTORNEY.

PROSE, Tony Ray Jones #1312115 REQUEST THE TRIAL COURT RECORDS, TRANCRIPTS HE SENT IN FOR IN MOTION LISTED ABOVE, HE STILL HAS NOT RECEIVED it, A RESPONSE, NOR A COPY OF THE MOTION DATED, June 29 2015;

SIGNED THIS 14TH DAY OF SEPTEMBER. 2015.

Copy Sent to Court of Criminal appeals Clerk, ABEL ACOSTA P.O.BOX 12308 Capital Station, austin, Texas 78711.

Tony Ray Jones #1312115 Michael Unit, P.O.BOX 4500 Tennessee Colony, Texas 75886.